**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Walnut Creek Nursery, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  20-0982562

4. **Debtor's address**

   **Principal place of business**
   35910 Polk Road
   Number    Street

   Marengo, IL  60152
   City    State    ZIP Code

   McHenry
   County

   **Mailing address, if different from principal place of business**
   Number    Street
   P.O. Box 609
   P.O. Box

   Marengo, IL  60152
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**  www.wcnursery.com

Debtor  Walnut Creek Nursery, Inc.                              Case number (if known) _____
        _____
        Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

1  1  1  4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  Walnut Creek Nursery, Inc.
      Name

Case number (*if known*) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
        District _____ When __/__/____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
         District _____ When __/__/____
         Case number, if known _____

11. **Why is the case filed in *this* district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
        Number  Street

    _____
    City     State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor  Walnut Creek Nursery, Inc.  Case number (if known) _____
        Name

13. **Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

15. **Estimated assets**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

16. **Estimated liabilities**
- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/23/2022
             MM / DD / YYYY

X /s/ Paul A. Hackett
Signature of authorized representative of debtor

Paul A. Hackett
Printed name

Title  Owner

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Debtor: Walnut Creek Nursery, Inc.
Name

Case number (if known) _____

18. Signature of attorney

X /s/ Nicholas M. Miller
Signature of attorney for debtor

Date 2/23/2022
MM / DD / YYYY

Nicholas M. Miller
Printed name

McDonald Hopkins LLC
Firm name

300 North LaSalle Street, Suite 1400
Number    Street

Chicago
City

IL    60654
State    ZIP Code

(312) 642-6938
Contact phone

nmiller@mcdonaldhopkins.com
Email address

ARDC 6295723 IL
Bar number

State

# ACTION BY WRITTEN CONSENT OF THE SOLE OWNER OF WALNUT CREEK NURSERY, INC.

## FEBRUARY 23, 2022

WHEREAS, Paul A. Hackett, the sole owner of Walnut Creek Nursery, Inc., an Illinois corporation (the "Company"), does hereby consent to, adopt and ratify the following resolutions, in writing, without a meeting:

RESOLVED, that it is in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of subchapter 5 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that the Chief Executive Officer or Manager of the Company (an "Authorized Person"), is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition for relief under subchapter 5 of chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") at such time as said Authorized Person executing the same shall determine;

FURTHER RESOLVED, that the law firm of McDonald Hopkins LLC, 300 N. LaSalle Dr., Suite #1400, Chicago, IL 60654, is hereby retained as general bankruptcy legal counsel for the Company in the Company's chapter 11 bankruptcy case, subject to approval of the Bankruptcy Court;

FURTHER RESOLVED, that the Authorized Person is hereby authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Person deems necessary, proper, or desirable in connection with the Company's bankruptcy case, with a view to the successful prosecution of such bankruptcy case;

FURTHER RESOLVED, that the Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other action, as in the judgment of the Authorized Person shall be or become necessary, proper, and desirable to prosecute to a successful completion the Company's bankruptcy case, to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and corporate ownership consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, the Authorized Person's authority thereunto to be evidenced by the taking of such actions;

**Ancillary Agreements; General**

{9989326: }

1

FURTHER RESOLVED, that the Authorized Person is hereby authorized and empowered to take all such further actions including, without limitation, to arrange for and enter into supplemental agreements, instruments, certificates, or documents relating to the transactions contemplated by the foregoing resolutions as the Authorized Person deems to be necessary, proper, or advisable in the Authorized Person's sole judgment, and to execute and deliver all such supplemental agreements, instruments, certificates, or documents in the name and on behalf of the Company, which shall in the Authorized Person's sole judgment be necessary, proper, or advisable in order to perform the Company's obligations under or in connection with, or pursuant to, the foregoing resolutions, and to carry out fully the intent of the foregoing resolutions; and

FURTHER RESOLVED, that all of the acts of the officers, employees, or agents of the Company for and on behalf of the Company in connection with the transactions described or referred to in these resolutions, whether heretofore or hereafter done or performed, which are in conformity with the intent and purposes of these resolutions and the agreements and instruments referred to herein, are hereby ratified, confirmed, and approved in all respects.

[SIGNATURE PAGE TO FOLLOW]

{9989326: }

IN WITNESS WHEREOF, the undersigned has consented to the above resolutions as of the 23 day of February, 2022.

PAUL A. HACKETT

By: *Paul A. Hackett* (signature)

Name: Paul A. Hackett

Title: CEO

{9989326: }

Fill in this information to identify the case:

Debtor name: Walnut Creek Nursery, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| J. Frank Schmidt and Son<br>9500 S.E. 327th Ave<br>Boring, OR 97009 | Attn Stephanie Rustan - Credit Mgr | Trade Debt | | | | $80,000.00 |
| Kuenzi Turf & Nursery<br>6475 State St<br>Salem, OR 97317 | Attn: Myron Kuenzi | Trade Debt | | | | $71,000.00 |
| Carlton Plants<br>14301 SE Wallace Road<br>Dayton, OR 97114 | | Trade Debt | | | | $70,000.00 |
| Small Business Term Loans, Inc. dba BFS Capital<br>3301 N University Dr Ste 300<br>Coral Springs, FL 33065 | | Bank Loans | | | | $56,894.00 |
| PayPal & Swift Capital Commerical Collections of America LLC<br>2180 W Grant Line Road Ste 202<br>Tracy, CA 95377 | | Bank Loans | | | | $43,641.32 |
| Ewing Irrigation<br>3441 E. Harbour Drive<br>Phoenix, AZ 85034 | Attn Bridget Bacle, Cust Outreach | Trade Debt | | | | $36,195.47 |
| John Carcieri & Associates<br>220 E. Falmouth Highway<br>East Falmouth, MA 02536 | | Trade Debt | | | | $34,196.75 |

Case 22-80189    Doc 1    Filed 02/23/22    Entered 02/23/22 17:19:55    Desc Main
                       Document        Page 10 of 12

Debtor **Walnut Creek Nursery, Inc.**　　　　　　　　　　　　　Case number *(if known)* _____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| John Holmlund Nursery, LLC 29285 SE Highway 212 Boring, OR 97009 | | Trade Debt | | | | $30,000.00 |
| Sester Farms, Inc. 33205 S.E. Oxbow Drive Gresham, OR 97080 | Attn Lisa Vaughan Accounting | Trade Debt | | | | $24,000.00 |
| Shade Tree Nursery 10765 176th Street Mc Alpin, FL 32062 | | Trade Debt | | | | $22,995.51 |
| Hason Farm Nursery P.O. Box 7521 McMinnville, TN 37111 | | Trade Debt | | | | $20,080.00 |
| Chase Bank P.O. Box 15298 Wilmington, DE 19850-5298 | | Trade Debt | | | | $19,059.05 |
| Trickleze 4266 Hollywood Road Saint Joseph, MI 49085 | Attn: Doris Lewis | Trade Debt | | | | $16,324.06 |
| Hortica Insurance 1 Horticultural Lane P.O. Box 428 Edwardsville, IL 62025 | Attn Susan Jones AIS Accounting | Trade Debt | | | | $14,622.48 |
| Peter Hackett Trustee Michael Hackett Trustee Andrea Brien Trust | hackett@hypoxia.net mhackett@conway.com | Trade Debt | | | | $14,000.00 |
| Don Schmidt Nursery 32010 SE Kelso Road Boring, OR 97009 | Attn Eric Schmidt | Trade Debt | | | | $11,913.20 |
| Masterblend 4673 Weitz Road Morris, IL 60450 | | Trade Debt | | | | $7,780.00 |
| Left Coast Logistics LLC 5775 SW Jean Road Ste 215 Lake Oswego, OR 97035 | | Trade Debt | | | | $7,200.00 |
| Martin J. Engel 444 N. Michigan Avenue Ste 12000 Chicago, IL 60611 | | Trade Debt | | | | $7,200.00 |

Official form 204　　　　　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　　page 2
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor **Walnut Creek Nursery, Inc.**

Case number *(If known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Goodmark Nursery 8920 Howe Road Wonder Lake, IL 60097 | | Trade Debt | | | | $6,697.00 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | ) | |
| --- | --- | --- |
| | ) | Chapter 11 |
| WALNUT CREEK NURSERY, INC.,[1] | ) | |
| | ) | Case No. __-_____ |
| Debtor. | ) | |
| | ) | |
| | ) | |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Debtor | Equity Holders | Address of Equity Holder | Security Class | Number of Securities | Percentage of Equity Held |
| --- | --- | --- | --- | --- | --- |
| Walnut Creek Nursery, Inc. | Paul A. Hackett | 35910 Polk Road Marengo, IL 60152 | Common Units | 100 | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Paul A. Hackett, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   February 23, 2022

Signature   _Paul A. Hackett_
Paul A. Hackett, Owner

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

[1] The last four digits of the Debtor's tax identification number are 2562. The location of the Debtor's business is 35910 Polk Road, Marengo, IL 60152.

{9465562: }